1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   1023 H Street, Suite B5
3  Sacramento, CA 95814
   Telephone: (916) 448-8600
4  Facsimile: (916) 448-8605

5  Attorneys for Plaintiff

6
7
8
                    IN THE UNITED STATES DISTRICT COURT
9
                      EASTERN DISTRICT OF CALIFORNIA
10

11 **SHARON CORLEY**           )   Case No.  CIV-07-2180 CMK
   **xxx-xx-0126**             )
                               )
12                             )   **STIPULATION AND ORDER**
          **Plaintiff,**       )   **EXTENDING PLAINTIFF'S TIME TO**
13                             )   **FILE MEMORANDUM IN SUPPORT**
   v.                          )   **OF SUMMARY JUDGMENT**
14                             )
   **MICHAEL J. ASTRUE**       )
15 **Commissioner of Social Security** )
   **of the United States of America,** )
16                             )
          **Defendant.**       )
17                             )
                               )
18

19      IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the

20 permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in

21 this case is hereby extended from April 21, 2008 to May 21, 2008.  This is plaintiff's first extension and

22 is required due to plaintiff's heavy briefing schedule and April 21, 2008 return from a vacation out of

23 the country.

24
25
26 / / / /
27 / / / /
28 / / / /

1

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: April 21, 2008 | */s/Bess M. Brewer* |
| 3 | | BESS M. BREWER<br>Attorney at Law |
| 4 | | Attorney for Plaintiff |

Dated: April 21, 2008    McGregor W. Scott

United States Attorney

/s/ Jacqueline Forslund
JACQUELINE ANNA FORSLUND
Special Assistant U.S. Attorney
Social Security Administration

Attorney for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: April 23, 2008

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE