1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11 **SHARON CORLEY**                )    **Case No.  CIV-07-2180 CMK**
   **xxx-xx-0126**                  )
12                                  )
                                    )    **STIPULATION AND ORDER**
          **Plaintiff,**            )    **EXTENDING PLAINTIFF'S TIME TO**
13                                  )    **FILE MEMORANDUM IN SUPPORT**
   **v.**                           )    **OF SUMMARY JUDGMENT**
14                                  )
   **MICHAEL J. ASTRUE**            )
15 **Commissioner of Social Security** )
   **of the United States of America,** )
16                                  )
          **Defendant.**            )
17                                  )
   _____ )
18

19        IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the

20 permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in

21 this case is hereby extended from May 20, 2008,  to May 30, 2008.  This extension is required due to

22 the burglary of plaintiff's counsel's office last week and the loss of **all** her computer equipment, files

23 [including current back-up files], and internet router/modem, among other things.  Plaintiff's counsel's

24 new computer equipment and internet access was installed today, May 27, 2008.

25

26 / / / /

27 / / / /

28 / / / /

                                              1

1

2   Dated: May 27, 2008                    /s/Bess M. Brewer
                                           BESS M. BREWER
3                                          Attorney at Law

4                                          Attorney for Plaintiff

5

6
    Dated: May 27, 2008                    McGregor W. Scott
7
                                           United States Attorney
8
                                           /s/ Sarah Ryan
9                                          SARAH RYAN

10                                         Special Assistant U.S. Attorney
                                           Social Security Administration
11
                                           Attorney for Defendant
12

13                                         **ORDER**

14  APPROVED AND SO ORDERED.

15

16

17    DATED:  June 2, 2008

18
                                           _____
19                                         **CRAIG M. KELLISON**
                                           UNITED STATES MAGISTRATE JUDGE
20

21

22

23

24

25

26

27

28